state commerce. Alternatively, he argues that his indictment was defective for failing to allege that his specific offense substantially affected interstate commerce and that the factual basis for his plea was insufficient because the evidence established only that the firearm had traveled across state lines at some unspecified point in the past.

Tillis raises his arguments solely to preserve them for possible Supreme Court review. As he acknowledges, his arguments are foreclosed by Fifth Circuit precedent. *See United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), *cert. denied*, 534 U.S. 1150, 122 S.Ct. 1113, 151 L.Ed.2d 1007 (2002); *United States v. Gresham*, 118 F.3d 258, 264–65 (5th Cir. 1997); *United States v. Fitzhugh*, 984 F.2d 143, 145–46 (5th Cir.1993).

AFFIRMED.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

The court appointed public defender for Fredrick Odumo Nyinguro ("Nyinguro") has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nyinguro has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Fredrick Odumo NYINGURO, Defendant–Appellant.

No. 02–11353.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

UNITED STATES of America, Plaintiff–Appellee,

v.

Raul Perez GONZALEZ, Defendant–Appellant.

No. 01–40891.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.